Peter W. Burg
Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, PC
40 Inverness Drive, East
Englewood, CO 80112
Telephone: (303)-792-5595
Facsimile: (303)-708-0527

*Counsel Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO 1*
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No.: M:05-CV-01699-CRB<br><br>MDL No.: 1699<br><br>Case No.: <u>05-4776 CRB</u> |
| This document relates to:<br><br>LINDA BENTLEY,<br>                       Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br>                       Defendant | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO CASE NO.:**<br>**<u>05-4776 CRB</u>** |

Come now the Plaintiff and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this personal injury action relating to her use of Celebrex with prejudice with each side bearing its own attorneys' fees and costs.

1

DATED: January ___, 2007.

                                  BURG SIMPSON
                                  ELDREDGE HERSH & JARDINE, P.C.

                                  By: _____
                                       Peter W. Burg
                                       Attorneys for Plaintiff Linda Bentley

DATED: January 31, 2007.              GORDON & REES

                                  By: _____
                                       Stuart M. Gordon
                                       Attorneys for Defendant Pfizer, Inc.


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: February 06, 2007

                                  _____
                                  Hon. Charles R. Breyer
                                  United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*